UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. LOUIE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BANK OF AMERICA, N.A.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:14-cv-00540-GEB-CKD<br><br>[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND EQUIFAX INFORMATION SERVICES, LLC ONLY |

# [PROPOSED] ORDER

　　PURSUANT TO STIPULATION filed in this action on June 24, 2014, IT IS ORDERED that all claims of Plaintiff MICHAEL A. LOUIE against Defendant EQUIFAX INFORMATION SERVICES, LLC only are dismissed, with prejudice. Plaintiff MICHAEL A. LOUIE and Defendant EQUIFAX INFORMATION SERVICES, LLC shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated:  June 24, 2014

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　Senior United States District Judge

STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND EQUIFAX INFORMATION SERVICES, LLC
 2:14-cv-00540-GEB-CKD