Breanne J. Strubinger, Esq. (IN #25823-64)
   *(admitted Pro Hac Vice)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  bstrubinger@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*
*Designated Counsel for Service*

Monica Katz-Lapides, Esq. (CSB #267231)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA  94710
Telephone:  510-525-5100
Fax:  510-525-5130
E-Mail:  mkl@tateandassociates-law.com

*Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL A. LOUIE,<br>      Plaintiff,<br><br>   vs.<br><br>BANK OF AMERICA, N.A.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC. and DOES 1-10, inclusive;<br>      Defendants. | ) CASE NO. 2:14-cv-00540-GEB-CKD<br>)<br>)<br>)<br>) **STIPULATION AND**<br>) **[PROPOSED] ORDER OF**<br>) **DISMISSAL WITH PREJUDICE**<br>) **BETWEEN PLAINTIFF AND**<br>) **DEFENDANT TRANS UNION,**<br>) **LLC ONLY**<br>) |

   Plaintiff Michael A. Louie, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be

1 | dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

2 |                                        Respectfully submitted,

5 | Date:   July 8, 2014              */s/      G. Thomas Martin, III (w/consent)*
6 |                                   G. Thomas Martin, III, Esq.
7 |                                   Price Law Group
                                      15760 Ventura Boulevard, Suite 1100
8 |                                   Encino, CA  91436
                                      Telephone:   818-907-2030
9 |                                   Fax:   818-205-2730
                                      E-Mai:  tom@plglawfirm.com

11 |                                  *Counsel for Plaintiff, Michael A. Louie*

13 | Date:   July 8, 2014             */s/      Breanne J. Strubinger*
14 |                                  Breanne J. Strubinger, Esq. (IN #25823-64)
                                        *(admitted Pro Hac Vice)*
15 |                                  Schuckit & Associates, P.C.
                                     4545 Northwestern Drive
16 |                                  Zionsville, IN  46077
17 |                                  Telephone:  317-363-2400
                                      Fax:  317-363-2257
18 |                                  E-Mail:  bstrubinger@schuckitlaw.com

19 |                                  *Lead Counsel for Defendant, Trans Union, LLC*

21 |                                  Monica Katz-Lapides, Esq. (CSB #267231)
22 |                                  Tate & Associates
                                      1321 8th Street, Suite 4
23 |                                  Berkeley, CA  94710
                                      Telephone:  510-525-5100
24 |                                  Fax:  510-525-5130
                                      E-Mail:  mkl@tateandassociates-law.com

25 |                                  *Local Counsel for Defendant, Trans Union, LLC*

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 2:14-CV-00540-GEB-CKD**

**[PROPOSED ORDER]**

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff Michael A. Louie against Defendant Trans Union, LLC are dismissed with prejudice. Plaintiff Michael A. Louie and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Dated: July 8, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge