1  Deborah A. Hedley (State Bar No. 276826)
   dahedley@jonesday.com
2  JONES DAY
   Silicon Valley Office
3  1755 Embarcadero Road
   Palo Alto, CA  94303
4  Telephone:    +1.650.739.3939
   Facsimile:     +1.650.739.3900
5
   Attorneys for Defendant
6  EXPERIAN INFORMATION SOLUTIONS, INC.

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                          SACRAMENTO DIVISION

11

| | |
|---|---|
| **MICHAEL A. LOUIE,** | **Case No. 2:14-CV-00540-GEB-CKD** |
| **Plaintiff,** | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY** |
| v. | |
| **BANK OF AMERICA, N.A.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and DOES 1-10, inclusive,** | **Judge:  Hon. Garland E. Burrell, Jr.** |
| **Defendants.** | |

         IS HEREBY STIPULATED by and between Plaintiff Michael A. Louie ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") that Plaintiff's claims against Experian in the above-captioned action be and hereby are dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  Each side shall bear his or its own attorneys' fees and costs incurred herein.

/ / /

/ / /

/ / /

SVI-148795v1                                          STIPULATION & PROPOSED ORDER OF
                                                      DISMISSAL     2:14-CV-00540-GEB-CKD

|   |   |
|---|---|
|   | Respectfully submitted, |

Dated: July 10, 2014

/s/ *G. Thomas Martin* (with consent)
G. Thomas Martin, III, Esq.
PRICE LAW GROUP
15760 Ventura Boulevard, Suite 1100
Encino, CA  91436
Telephone:  818.907.2030
Fax:  818.205.2730
E-mail:  tom@plglawfirm.com

*Counsel for Plaintiff, Michael A. Louie*

Dated: July 10, 2014

/s/ *Deborah A. Hedley*
Deborah A. Hedley
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:  650.739.3939
Fax:  650.739.3900
E-mail:  dahedley@jonesday.com

*Counsel for Defendant, Experian Information Solutions, Inc.*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff Michael A. Louie against Defendant Experian Information Solutions, Inc. are dismissed, with prejudice. Plaintiff Michael A. Louie and Defendant Experian Information Solutions, Inc. shall bear their own costs and attorneys' fees.

Dated: July 10, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge